

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00758-CV

**IN THE INTEREST OF K.A.D.K. and J.B.L.E.**, Children

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-10-0616-CVW
Honorable Melissa Uram-Degerolami, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal.

SIGNED April 20, 2016.

_____
Jason Pulliam, Justice